# Order

Michigan Supreme Court
Lansing, Michigan

October 13, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155152(81)

*In re* HILL, Minors.

SC: 155152
COA: 332923
Alger CC Family Division:
 2013-004455-NA

_____/

On order of the Chief Justice, the motion of amicus curiae Department of Attorney General for Assistant Solicitor General Ann M. Sherman to share five minutes of petitioner-appellee's oral argument time is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2017



Clerk